■ FLOYD L. HEWITT, Respondent, v. MARY J. HEWITT, Appellant.— MEMORANDUM BY THE COURT. Appeal from an order addressed to the pleadings. In this action for a legal separation, the defendant moved at Special Term to dismiss the amended complaint for failure to state a cause of action (specificity), which motion was denied. Order affirmed, without costs. Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by the court.